UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNIVERSITY OF NOTRE DAME ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No.  3:12-CV-253 JD |
| ) | |
| KATHLEEN SEBELIUS, et al, ) | |
| ) | |
| Defendants. ) | |

### ORDER OF RECUSAL

The undersigned hereby disqualifies himself from this case.  Pursuant to 28 U.S.C. §455(a) and Northern District of Indiana Local Rule 40-1(f)(2)(A), the Clerk of the Court is directed to randomly reassign this case to another district judge in the district.

SO ORDERED.

ENTERED:  November 28, 2012

/s/ JON E. DEGUILIO
Judge
United States District Court